# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 07-00021-JVS |
| Date | April 24, 2009 |
| Present: The Honorable | JAMES V. SELNA |

| Karla J. Tunis | Sharon Seffens | Jeannie Joseph / Ann Wolf |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Alexander Zinovy Rivkin | X | | X | Gary Lincenberg / Peter Shakow | X | | X |
| 5. Ramin Sarshad | X | | X | Thomas Biernert / Lou Feldstein | X | | X |
| 7. Michael Wayne Chapman | X | | X | Michael Khouri | X | X | |
| 8. Truc Huy Dao | X | | X | H. Dean Steward | X | | X |

___ Day COURT TRIAL  **25th** Day JURY TRIAL  ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  ___ Held & continued;  **X** Completed by jury verdict/submitted to court.

___ Closing arguments made by  ___ Court instructs jury  ___ Bailiff sworn

___ Alternates excused  ___ Jury retires to deliberate  **X** Jury resumes deliberations

___ Finding by Court as follows:  **X** Jury Verdict as follows:

| | | | | | |
|---|---|---|---|---|---|
| Dft # 2 | ___ Guilty on count(s) | **HUNG on all Counts** | ___ Not Guilty on count(s) | |
| Dft # 5 | ___ Guilty on count(s) | | **X** Not Guilty on count(s) | on all counts |
| Dft # 7 | ___ Guilty on count(s) | **HUNG on all Counts** | ___ Not Guilty on count(s) | |
| Dft # 8 | ___ Guilty on count(s) | | **X** Not Guilty on count(s) | on all counts |

**X** Jury polled  ___ Polling waived

**X** Filed Witness & Exhibit lists  **X** Filed Jury notes  **X** Filed Jury Instructions  **X** Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

___ Dft # ___ remanded to custody.  Remand/Release# ___ issd.  Dft # ___ released from custody.

___ Case continued to ___ for further trial/further jury deliberation.

**X** Other:  Jury Deliberates from 8 am to 12 Noon.  Juror Note #7: Hearing Held.  Jury Verdict as to defendants Dao and Sarshad.  Jury Hung as to defendants Rivkin and Chapman.
The Court orders the BONDS of defendants Dao and Sarshad EXONERATED and the passports returned to them.  Defendants Dao and Sarshad are excused from the Court.
The Court sets the hearing for any post-trial motions for June 8, 2009 at 9:00 a.m. .  Defendant's motions shall be filed not later than May 4, 2009; Oppositions shall be filed not later than May 18, 2009 and any replies shall be due by May 26, 2009.  Defendants Rivkin and Chapman remain on bond under the same terms and conditions previously set.

___ : 30

Initials of Deputy Clerk  kjt